UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CSC HOLDINGS, INC.,

                  Plaintiff,

-vs-

THOMAS CARRANO,

                  Defendant.

---

GARAUFIS, J.

ORDER OF DISMISSAL
FOR FAILURE TO PROSECUTE

CV-05-284 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 3 0 2005 ★
BROOKLYN OFFICE

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since FEBRUARY 16, 2005 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

SO ORDERED.

_____
NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:   Brooklyn, N.Y.
              June 30, 2005