UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CSC HOLDINGS, INC.,

                          Plaintiff,

   -against-

THOMAS CARRANO,

                        Defendant.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 0284 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 0 6 2005 ★

BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having

been filed on June 30, 2005, dismissing the case without prejudice for failure to prosecute;

it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that

judgment is hereby entered dismissing the case without prejudice for failure to prosecute.


Dated: Brooklyn, New York
      July 05, 2005

                                    ROBERT C. HEINEMANN
                                    Clerk of Court